```
                    FILED
         CLERK, U.S.D.C. SOUTHERN DIVISION

              SEP 1 2 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  Sanchez-Rodriguez, Rene  Defendant. | Case No.: CR04-1304 CJC  ORDER OF DETENTION AFTER HEARING  [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD cA___, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backyrd, cnty ties unknown; bail resources unknown; illegal immigration status___

1
2
3     and/or
4 B.   ☒ The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on _criminal history record, incl_
8     _prior conv for narcotics offense_
9     _nature of allegs, which involve_
10     _commission of new offense while under_
11     _supervision_
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: _9/12/08_
17                                   ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE